# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
CATHERINE CURRAN-GROOME,
BRANDON MURPHY, and AIDAN PARISI,

    Plaintiffs,

          - against -                    Index: 650605/2025

COLUMBIA UNIVERSITY,

Defendant.
-----------------------------------------------------------------x

## AFFIRMATION OF SERVICE

I, Flora Sugarman, affirm this 10th day of February 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the following is true, and I understand that this document may be filed in an action or proceeding in a court of law.

1. I am over the age of eighteen, not a party to this action, and reside in the state of New York.

2. On February 6, 2025, at approximately 4:48 p.m., I served the within Summons and Complaint and notice of Electronic Filing in this action, upon defendant Columbia University, by delivering a true copy personally to Natasha Genodman, a person of suitable age and discretion, who identified herself as the Director of Budget and Human Resources in the Office of the General Counsel, and stated she is authorized to acce[t service on their behalf. Description: White female, wearing glasses, gray and black short hair, approximately five feet five inches tall, 140 pounds.

                                                      _____
                                                      Flora Sugarman