```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
CATHERINE CURRAN-GROOME, *et al.*,         :
:
:
Plaintiffs,   :
:         1:25-cv-1606-GHW
-against-           :
:         ORDER
COLUMBIA UNIVERSITY,               :
:
Defendant.   :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on February 25, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than March 11, 2025. Additionally, counsel for Plaintiffs is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

  SO ORDERED.

Dated:  February 28, 2025
         New York, New York

                                                      GREGORY H. WOODS
                                                  United States District Judge