# Hecker Fink LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/25

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL     212.763.0883
DIRECT EMAIL    gtenzer@heckerfink.com

## MEMORANDUM ENDORSED

February 28, 2025

> Application granted. Defendant's request for an extension of the deadline to answer or otherwise respond to the complaint, Dkt. No. 5, is granted. The deadline for Defendant to answer or otherwise respond to the complaint is extended to May 5, 2025.
>
> SO ORDERED.
>
> Dated: February 28, 2025
> New York, New York
>
> _____
> GREGORY H. WOODS
> United States District Judge

**BY CM/ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007-1312

Re:   *Curran-Groome, et al. v. Columbia University*, No. 1:25-cv-01606 (GHW) (VF) (S.D.N.Y.)

Dear Judge Woods:

We represent the Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action, which was recently removed from New York State Supreme Court. We write pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request an extension of Columbia's deadline to answer or otherwise respond to the complaint from March 4, 2025, *see* Fed. R. Civ. P. 81(c)(2), to May 5, 2025. Plaintiffs have consented to the requested extension.

This case involves multiple plaintiffs, and their allegations span 295 numbered paragraphs across 64 pages. Plaintiffs have brought ten separate causes of action, covering numerous, distinct areas of law, including federal, state, and local civil rights statutes, landlord-tenant law, and common-law tort and contract claims. In these circumstances, Columbia requires additional time to respond to the complaint.

This is the first request for an extension of Columbia's time to respond to the complaint.

Respectfully submitted,

Gabrielle E. Tenzer