AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Catherine Curran-Groome et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01606 |
| Columbia University et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date:   03/20/2025

signed Jonathan Wallace
*Attorney's signature*

Jonathan Wallace JW6365
*Printed name and bar number*

PO #728 Amagansett NY 11930

*Address*

jonathan.wallace80@gmail.com
*E-mail address*

(917) 359-6234
*Telephone number*

*FAX number*