```
                                                              ┌─────────────────────────────┐
                                                              │ USDC SDNY                   │
                                                              │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                                  │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                                 │ DOC #: _____│
                                                              │ DATE FILED: 3/27/2025       │
------------------------------------------------------------X └─────────────────────────────┘
                                                    :
CATHERINE CURRAN-GROOME, *et al.*,                  :
                                                    :
                            Plaintiffs,             :        1:25-cv-1606-GHW
                                                    :
            -v-                                     :        ORDER
                                                    :
COLUMBIA UNIVERSITY,                                :
                                                    :
                            Defendant.              :
                                                    :
------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the March 27, 2025 conference, the Court will hold a conference in this matter on June 2, 2025 at 4:00 p.m. to discuss Plaintiffs' anticipated proposed amended complaint. The conference will be held by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

    The deadline for Plaintiffs to submit their proposed amended complaint is May 12, 2025. On the date on which Plaintiffs' proposed amended complaint is filed, the parties must file separately a joint letter that attaches a legal blackline showing changes between the anticipated amended complaint and the prior complaint. The joint letter must state whether Defendant consents to the filing of the proposed amended complaint. If Defendant does not consent, the joint letter must also set forth the parties' respective positions regarding whether Plaintiffs should be granted leave to file the proposed amended complaint.

    The deadline for Defendant to submit a pre-motion letter regarding any anticipated motion

to dismiss is May 26, 2025. The deadline for Defendant to answer or otherwise respond to the operative complaint is extended to May 26, 2025.

Discovery in this matter is stayed pending briefing and resolution of Defendant's anticipated motion to dismiss.

SO ORDERED.

Dated: March 27, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge