April 2, 2025

**VIA ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Curran-Groome, et al. v. Columbia University*, No. 25 Civ. 01606 (GHW)

Dear Judge Woods:

    In accordance with the Court's order dated March 20, 2025, ECF 12, we write on behalf of the parties to advise the Court that the parties do not consent to conducting all further proceedings before the assigned Magistrate Judge.

    Respectfully submitted,

*/s/ Jonathan Wallace*
Jonathan Wallace
P.O. Box #728
Amagansett, N.Y. 11930
(917) 359-6234
jonathan.wallace80@gmail.com

*Attorney for Plaintiffs Catherine Curran-Groome, Brandon Murphy, and Aidan Parisi*

*/s/ Gabrielle E. Tenzer*
Gabrielle E. Tenzer
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
gtenzer@heckerfink.com

*Attorney for Defendant Trustees of Columbia University in the City of New York*