Jonathan Wallace, Esq.
PO #728
Amagansett, New York 11930
917-359-6234
jonathan.wallace80@gmail.com

May 9, 2025

Hon. Gregory Howard Woods III
U.S. District Judge
Southern District of New York

<u>By electronic filing</u>

                    Re: Curran-Groome v. Columbia University
                    (1:25-cv-01606)

Dear Judge Woods:

     As counsel for the plaintiffs in this removed case, I conclude upon researching the issue that I may amend the Complaint as of right under under FRCP 15(a)(1)(B), given the defendant has not filed an answer, *Spehar v Fuchs,* 2003 US Dist LEXIS 10406, at *16 (SDNY June 17, 2003). I do not see the logic or justice in a process which subjects my draftsmanship to more court supervision at this stage than if the case had remained in state court, or been filed in federal court as a matter of first instance.

     Therefore I am respectfully requesting that your Honor revise the direction given in the March 27 minute that I seek the Defendant's consent to my proposed amendment, or leave to amend from Your Honor. The revised minute, if Your Honor agrees, would merely set Monday as a date for the filing of the Amended Complaint, without more.

                                   Sincerely,

                                   /s/ Jonathan Wallace

***I have no help to send, therefore I must go myself***
