UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

CATHERINE CURRAN-GROOME, BRANDON MURPHY,
and AIDAN PARISI,

                        Plaintiffs,                      Case: 1:25-cv-01606-GHW

v.

COLUMBIA UNIVERSITY,

                        Defendant.
-----------------------------------------------------------------------------x

## NOTICE OF DISMISSAL

      Please take notice that the Plaintiffs, by their attorney Jonathan Wallace, voluntarily dismiss this action without prejudice pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), the defendant not having served an answer or a motion for summary judgment.

DATED: New York, New York
May 9, 2025

                                      /s/ Jonathan Wallace
                                      Jonathan Wallace
                                      PO #728
                                      Amagansett, NY 11930
                                      917-359-6234
                                      jonathan.wallace80@gmail.com