```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

CATHERINE CURRAN-GROOME, BRANDON MURPHY, and AIDAN PARISI,

                         Plaintiffs,                    Case: 1:25-cv-01606-GHW

v.

COLUMBIA UNIVERSITY,

                         Defendant.
-------------------------------------------------------------------------x

**MEMORANDUM ENDORSED**

**NOTICE OF DISMISSAL**

Please take notice that the Plaintiffs, by their attorney Jonathan Wallace, voluntarily dismiss this action without prejudice pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), the defendant not having served an answer or a motion for summary judgment.

DATED: New York, New York
May 9, 2025

                                            /s/ Jonathan Wallace
                                            Jonathan Wallace
                                            PO #728
                                            Amagansett, NY 11930
                                            917-359-6234
                                            jonathan.wallace80@gmail.com

Plaintiffs have voluntarily dismissed this case without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: May 9, 2025
New York, New York

                                          _____
                                          GREGORY H. WOODS
                                        United States District Judge